# 400ᵀᴴ DISTRICT COURT
## FORT BEND COUNTY, TEXAS

Maggie Jaramillo
Presiding Judge

February 17, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 4:47:52 PM
CHRISTOPHER A. PRINE
Clerk

Court of Appeals for
First District of Texas at Houston
301 Fannin Street
Houston, Texas 77002

Re:    Court of Appeals Number: 01-14-00597-CR Trial Court Case Number: 12-DCR-059468

Jody Wayne Whelchel
v.
The State of Texas

   This is to inform the First Court of Appeals that the 400ᵗʰ District Court will hold a hearing with Appellant's counsel, Mr. Baltazar Salazar, and the Appellant, Jody Wayne Whelchel, regarding the Appellant's brief.

   We are having a difficult time locating attorney Baltazar Salazar and we need 10 days to Bench Warrant the Defendant from the Texas Department of Corrections Institutional Division. We are requesting that the court permit a minimum of 20 days before the hearing can be held.

   Thank you for your time and attention.

Sincerely,

Gabriela R. Mindieta
Court Coordinator